# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 1127

VERSUS

RICHARD OKUROWSKI

**DECEMBER 30, 2020**

---

In Re:    Richard Okurowski, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 77320.

---

BEFORE:    **GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The state filed a bill of information charging relator with the instant offense before the hearing on relator's motion to quash. Therefore, the motion to quash under La. Code Crim. P. art. 701(B) filed with the district court is moot. See **State v. Varmall**, 539 So.2d 45 (La. 1989) (per curiam). Furthermore, in relator's application with this court, he indicates that he was timely arraigned within thirty days of the filing of the bill of information pursuant to La. Code Crim. P. art. 701(C).

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT